Colin K. McCarthy, Esq. (Bar No. 215059)
Natasha K. Buchanan, Esq. (Bar No. 267353)
David R. Johnson, Esq. (Bar No. 174883)
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350
Facsimile: (714) 703-1610
ckmccarthy@lanak-hanna.com
nkbuchanan@lanak-hanna.com
drjohnson@lanak-hanna.com

Attorneys for Plaintiff
MARKEL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>HBG CONSTRUCTION CORP, a California corporation;<br>HBG STEEL LLC, a California limited liability company,<br>DANIEL MOIZEL, an individual;<br>RANYA MOIZEL an individual;<br>LUBOV AZRIA, an individual;<br>LUBOV AZRIA, as Trustee of the AZRIA FAMILY TRUST, a trust<br>YASMINE HANANE, an individual,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:20-cv-10174-JAK-MAA<br><br>Assigned to:<br>Honorable Judge John A. Kronstadt<br><br>**JOINT REPORT REGARDING SETTLEMENT**<br><br>Action Filed:　November 5, 2020<br>Trial Date:　　None Set |

{2057 27200}                                1
**JOINT REPORT REGARDING SETTLEMENT**

Markel Insurance Company ("Markel"), Daniel Moizel, Ranya Moizel, Lubov Azaria, individually and as Trustee of the Azria Family Trust, Yasmine Hanane (collectively, "Indemnity Defendants"), and Utopia Development, Inc. ("Utopia"), through their counsel of record, submit their Joint Report Regarding Settlement in accordance with the Order re Joint Stipulation to Continue All Discovery-Related Dates (Dkt. 98), which is Dkt. 99:

Markel and the Indemnity Defendants have resolved a substantial portion of the dispute. However, disputes among the Indemnity Defendants and those involving the project owner remain unresolved.

The parties have scheduled a mediation of all remaining issues for July 13, 2022, with James Roberts, Esq. The parties are hopeful that the mediation will be successful. The parties will file a statement advising the Court of the results of the mediation on or before July 19, 2022.

DATED: June 24, 2022          LANAK & HANNA, P.C.

                              By: *s/ Colin K. McCarthy*
                                  COLIN K. MCCARTHY
                                  Attorneys for Plaintiff
                                  MARKEL INSURANCE COMPANY

DATED: June 24, 2022          HIGGS FLETCHER & MACK LLP

                              By: *s/ Kirsten Worley*
                                  KIRSTEN WORLEY
                                  FRANCISCO LOAYZA
                                  Attorneys for Defendant, Cross-Plaintiff and
                                  Third-Party Plaintiffs
                                  LUBOV AZRIA, an individual and LUBOV
                                  AZRIA, as Trustee of the Azria Family Trust

| | |
|---|---|
| DATED: June 24, 2022 | BG LAW, LLP |

By: *s/ Theodore G. Spanos*
THEODORE G. SPANOS
Attorneys for Defendant and Cross Defendant RANYA MOIZEL
Defendant, Cross Defendant, and Cross Claimant DANIEL MOIZEL
Cross Defendant, Third Party Defendant, and Cross Claimnat UTOPIA DEVELOPMENT, INC.

| | |
|---|---|
| DATED: June 24, 2022 | KERENDIAN AND ASSOCIATES APC |

By: *s/ Edrin Shamtob*
EDRIN SHAMTOB
Attorneys for Defendant, Cross Claimant, and Cross Defendant YASMINE HANANE

**PROOF OF SERVICE**
**Markel Insurance Company v. HBG Construction Corp. et. al.**
**United States District Court, Central District of California**
**Case No. 2:20-CV-10174-JAK-MAA**
**Our File No. 27200**

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action. My business address is 625 The City Drive South, Suite 190, Orange, California 92868. On June 24, 2022, I served the foregoing document(s) described as **JOINT REPORT REGARDING SETTLEMENT** on all interested parties to this action by delivering:

☒  a copy   ☐  an original

thereof addressed to each of said interested parties at the following address(es):

| | |
|---|---|
| Theodore G Spanos<br>Brutzkus Gubner LLP<br>21650 West Oxnard Street Suite 500<br>Woodland Hills, CA 9136<br>tspanos@bg.law | Attorneys for Defendant<br>Daniel Moizel<br>Ranya Moizel |
| Shahbod D Kerendian<br>Edrin Shamtob<br>Kerendian and Associates APC<br>11755 Wilshire Boulevard 15th Floor<br>Los Angeles, CA 90025<br>shab@kalawcorp.com<br>edrin@kalawcorp.com | Attorneys for Defendant<br>Yasmine Hanane |
| Kirsten A Worley<br>Higgs Fletcher and Mack LLP<br>401 West A Street Suite 2600<br>San Diego, CA 92101-7913<br>worleyk@higgslaw.com<br>loayzaf@higgslaw.com<br>siegfriedj@higgslaw.com<br>malavarj@higgslaw.com | Attorney for Defendant<br>Lubov Azria<br>Lubov Azria, a Trusteee of the Azria Family Trust |

☒  **(NOTICE OF ELECTRONIC FILING "NEF")** The foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the electronic mail notice list to receive NEF transmission at the email addresses above.

☐  **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on June 24, 2022, at Orange, California.

_____
Kevin S. Garcia

{2057 27200}