JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Markel Insurance Company, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HBG Construction Corp., a California corporation; HBG Steel LLC, a California limited liability company; Daniel Moizel, an individual; Ranya Moizel, an individual; Lubov Azria, an individual; Lubov Azria, as Trustee of the Azria Family Trust; and Yasmine Hanane, an individual,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No. 2:20-cv-10174-SPG-MAA<br><br>**ORDER ON STIPULATION AND JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## ORDER

This Court, having read and considered the Parties' Stipulation and Joint Motion to Dismiss Entire Action with Prejudice ("*Stipulation*"), and finding good cause therefore orders as follows:

1. The Parties' Stipulation is granted.
2. The entire case, including the Complaint filed by Plaintiff's complaint and all cross-actions and third-party complaints of the Parties, is dismissed with prejudice with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: March 8, 2023

Hon. Sherilyn Peace Garnett
United States District Court Judge